**SEALED**

**U.S. Department of Justice**
*United States Attorney*

2015 MAY -6  PM 12:59

# United States District Court
# Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **SA15CR0322** |
| V. ) | |
| ) | CRIMINAL NO._____ |
| REGINALD KELLY (4) ) | |
| ) | |

## ORDER FOR BENCH WARRANT

It appearing to the Court that an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant(s), returnable instanter to the San Antonio Division of this Court.

### Defendant

**REGINALD KELLY**

ENTERED at San Antonio, Texas, this ___6th___ day of ___May___, 2015.

_____
UNITED STATES MAGISTRATE/~~DISTRICT~~ JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that **REGINALD KELLY** be detained without bond after a hearing.

BENCHWAR.FRM