AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
MAY 21 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| REGINALD KELLY | ) | Case No. SA-15-CR-322-(4)-XR |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **REGINALD KELLY**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846; 21:841(b)(1)(A) - Conspiracy to Possess with Intent to Distribute more than 5 Kilograms of Cocaine.
21:841 (a)(1) & (b)(1)(C) & 18:2 - Possession with Intent to Distribute a detectable amount of Cocaine and Aiding & Abetting

Date: 05/06/2015

_____
*Issuing officer's signature*

City and state: San Antonio, TX

Rosanne M. Garza, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5/6/15, and the person was arrested on *(date)* 5/11/15
at *(city and state)* San Antonio, TX.

Date: 5/11/15

_____
*Arresting officer's signature*

TFO Dylan Smith
*Printed name and title*