UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2015 AUG 19 PM 1:44

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLANDO BONILLA SALINAS (1),<br>AARON LEE MEDRANO (2),<br>JULIO CESAR MALDONADO (3),<br>REGINALD KELLY (4)<br>DARRYL BLEDSOE (5),<br>AMPARO GALVAN (6),<br><br>Defendants | SA-15-CR-322(XR)<br><br>**SUPERSEDING INDICTMENT**<br><br>[▶ Vio: 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A): Conspiracy to Possess with intent to distribute 5 kilograms or more of cocaine;<br>▶ Vio: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) & 18 U.S.C. § 2 : Aiding and Abetting Possession with Intent to Distribute a detectable quantity of cocaine.] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)]**

That beginning on or about July, 2014, and continuing to the date of the indictment in the Western District of Texas, Defendants,

ROLANDO BONILLA SALINAS (1),
AARON LEE MEDRANO (2),
JULIO CESAR MALDONADO (3),
REGINALD KELLY (4)
DARRYL BLEDSOE (5),
AMPARO GALVAN (6)

and others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree together and with one another to distribute and possess with intent to distribute a controlled substance, which offense involved 5 kilograms or more of cocaine a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and in violation of Title 21, United States Code, Section 846.

## COUNT TWO
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]

That on or about, August 8, 2014, in the Western District of Texas, Defendants,

**ROLANDO BONILLA SALINAS (1),**
**AARON LEE MEDRANO (2),**

did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved a detectable quantity of Cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 18 United States Code Section 2.

## COUNT THREE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]

That on or about, September 16, 2014, in the Western District of Texas, Defendants,

**ROLANDO BONILLA SALINAS (1),**
**AARON LEE MEDRANO (2),**

did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved a detectable quantity of Cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 18 United States Code Section 2..

## COUNT FOUR
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]

That on or about, October 15, 2014, in the Western District of Texas, Defendants,

**ROLANDO BONILLA SALINAS (1),**
**AARON LEE MEDRANO (2),**
**REGINALD KELLY (4)**

**DARRYL BLEDSOE (5),**

did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved a detectable quantity of Cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 18 United States Code Section 2..

## COUNT FIVE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]

That on or about October 23, 2014, in the Western District of Texas, Defendants,

**ROLANDO BONILLA SALINAS (1),**

did unlawfully, knowingly and possess with intent to distribute a controlled substance, which offense involved a detectable quantity of Cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 18 United States Code Section 2.

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By: _____
SAM L. PONDER
Assistant United States Attorney